**ALAN M. NELSON**
ATTORNEY AT LAW

3000 MARCUS AVENUE, SUITE 1E5
LAKE SUCCESS, NEW YORK 11042
TELEPHONE: (516) 328-6200
FAX: (516) 328-6354
E-mail: anelsonlaw@aol.com

NEW YORK OFFICE:
111 JOHN STREET
SUITE 640
NEW YORK, NY 10038

July 25, 2015

**(By U.S. Mail & ECF)**
Hon. George B. Daniels
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

    Re: United States v. Jonathan Feliz, et al.
      Client: Shayna Roser
      <u>S10 09 Cr 195 (GBD)</u>

Dear Judge Daniels:

  Please accept this correspondence, the accompanying letters from family and friends and Certification from Bergen Community College, as supplemental to the sentencing memorandum previously submitted on behalf of Shayna Roser.

  We ask the Court closely consider these materials in determining the appropriate sentence to impose on the scheduled sentencing date of August 6, 2015. As discussed in our sentencing submission, we most respectfully submit that the Court, in applying the factors set forth in 18 U.S.C. § 3553, should impose a sentence of Time Served and Supervised Release with appropriate conditions.

Respectfully submitted,

Alan Nelson

cc: AUSA Nola Heller (ecf)

June 28, 2015

Dear Honorable Judge George B. Daniels,

    I am writing this letter on behalf of my daughter Shayna M. Roser. As her mother I cannot deny my disappointment in Shayna's choices and actions of her early adulthood. Since her arrest and home incarceration, she has changed my disappointment to pride. Thank you for allowing Shayna to attend school for labs and courses she could not complete online; it enabled her to graduate from Bergen Community College with an Associate's Degree. Shayna does plan on returning to college for her Bachelor's Degree and is accepted to Berkley College. I am confident Shayna will continue her education and achieve her goals.

    Shayna also became a mother a little more than four years ago to our granddaughter Lianni Marie Bautista. As a mother she has become a loving disciplinarian, setting rules and guidelines for her daughter. Shayna strives to set good responsible examples for her daughter. As a result Lianni is a well-mannered, sweet, kind child.

    Over the past two years our home has been saddened by the illness and eventual death of my sister Laura Moore. During my sister's illness, Shayna has been helpful and supportive. She brought her aunt for treatments and doctors' visits, when I was unable to. Shayna also helped Aunt Laura maintain her daily activities such as bathing, as her health declined. I know Shayna took time to care for Aunt Laura, putting aside her job search, so she could pitch in when I had to go to work. Without Shayna's help, my sister would not been able to stay at home as long as she did.

    Shayna has also grown emotionally, with the help of Pre Trial Services referred her to a psychologist. Shayna worked through depression and continues to attend sessions with her psychologist and group therapy. I think it has helped her come to terms and take responsibility for her actions and mistakes of her past.

    My hopes and dreams for my daughter Shayna, are that of any caring parent, to live a happy successful life. I believe if allowed, Shayna will continue on the correct path. She is currently employed for Unique II Limousine. I hope Shayna will continue achieving her goal to continue her education. I look forward to Shayna becoming independent, not only for herself but for her daughter's future.

Thank You for your consideration in this matter.

Sincerely,
*Marilyn E Moore-Roser*
Marilyn E Moore-Roser

February 5, 2015

Dear Judge Daniels,

As her father, I love Shayna unconditionally and have always tried to support her, giving her encouragement in her endeavors and praise for her successes. My wife and I never hesitated to let her know when we didn't approve of her actions or behavior, either; offering our thoughts and giving correction as needed. But overall, I would have to say she has been very much an industrious, good-spirited and mindful daughter.

Shayna and I always had a good rapport. Being our only child, she was always happy to hang around with her Dad; doing projects around the house, painting or working in the yard. She would even come to jobsites with me and always took a keen interest in my construction or maintenance work. We truly enjoyed each other's company and I think she learned a lot about both work and people; by meeting my employees & co-workers and seeing how we worked together to get things done.

She did well in school, took part in league sports in our town and was very active in dance throughout her grammar and middle- school years. Like most young teens her strong sense of independence and thinking she "knew it all" did cause some rough times with Shayna. But we always knew where she was, who she was with and what they were doing.

During high school she continued to get good grades and remained active in sports, focusing on soccer and swimming. Although she wasn't an outstanding athlete in either sport, she never lost her spirit and always strove to improve. By late in her high school years, however, her interest in sports waned as more of her attention was focusing on her friends, social life and a new job at Mc Donalds. She began spending time with friends we didn't know well and we weren't happy with some of the changes occurring in her; such as argumentativeness and head-strong demeanor. But none the less she graduated high school and was accepted to NJIT School of Engineering.

By this time, however, Shayna was spending most of her evenings in Manhattan with her friends in Washington Heights. She had met many of them initially through a girlfriend from her high school in Teaneck. They were predominately Dominican, and being somewhat fluent in Spanish, she easily developed many friends on her own. She had a genuine love of their music and culture. During this period she developed a romantic relationship with a man who was also involved with a gang. This involvement ultimately landed her here before this court.

I must say that during the few years that Shayna spent with these friends in Washington Heights, it became evident to me and ultimately to her that they were not helping her move forward in her life in a positive way. After being dropped from NJIT, she realized she wasn't spending enough time on her studies. So she began attending Bergen Community College and

earned her Associates degree. She has been anxious to finish her bachelor's degree and although she was accepted at Berkley College with a 50% scholarship, she would rather go back to NJIT and achieve a degree in Engineering. These plans have been put on hold, however, awaiting the outcome of this case and the eventual sentence of the court. But her goals are still strong. Shayna has really learned while working and through her work search how much a Bachelor's degree would help in finding exceptional employment.

About a year and a half before her Indictment on these charges, she ended her relationship with the man she had been seeing throughout much of her time in Washington Heights. She found a new boyfriend without any gang affiliations and I saw a big change in Shayna. She settled down, spent more time at our home with him and regained her focus on school.

In time, Shayna became pregnant and together they had a daughter. They have lived with my wife & I throughout their relationship and baby and the pending legal charges. These years have provided me with a closeness with my daughter that I never thought would occur again when she was spending all her time in Manhattan. She is focused on finding a better job and being a good mother to her daughter, Lianni. Even though the relationship with Lianni's father hasn't worked out, Shayna does everything she can to help provide for Lianni and all the housework involved with raising a child who is now almost pre-school age.

I'll close by saying that Shayna has grown considerably over these past five or so years. She has seen how vulnerable she left herself to be taken advantage of by people who were really just using her. She has learned that a life of fun and partying works against attaining your goals in life. She has learned that actions resulting from bad decisions or using poor judgment can come back to haunt you even though you may have thought you left them behind. These poor decisions can also extract a toll on you, your life and the lives of everyone you love and hold dear. Shayna has grown and developed a strong sense of respect for herself, her family and her attitude in general. She has developed a very health conscious lifestyle for her & her daughter. I see her striving to stay positive despite all that she has been and is still going through, and works hard to raise her daughter with these important values.

I hope this helps provide some insight to the Court from a father's prospective; one who has lived in the same home with her throughout all this time and had the opportunity to see up-close all the changes in Shayna's life.

Thank you for your consideration in this matter.

Sincerely,

*James M. Roser*

James M. Roser

Sonia T. Carlan
P.O. Box 1001
Alpine, N.J. 07620

January 23, 2015

Honorable George B. Daniels,

Ms. Shayna Roser has approached me to write this reference to be presented at Court for the sentence hearing of her charge. It is with pleasure that I agreed and I am writing this reference. I've come to know Shayna in the past two years through a common acquaintance and our paths have crossed quiet frequently since we live close to each other. Even though it's only been a short time since we've met, it didn't take long for me to see the love and affection that she has for her daughter.

I would like to attest to the impressionable action which Shayna has left me with. On a cold December afternoon my car stalled out and I was left on the side of the road. Being new to the area I was left without a lot of options and the outcome looked pretty grim. Shayna heard of my situation and soon after drove to my location, waited with me, had my car towed on her account and finally drove me home. This simple act filled my heart and made me realize the unselfishness that resides in her. I am thankful that I have met her and that our paths have crossed since she's been a pleasure to be around.

Her support and interaction with her daughter have been truly admirable. On many occasions I've noticed the compassionate gestures which she has directed towards her daughter.

I know personally from various conversations that we've had, Shayna has tremendously progressed both emotionally and mentally since her offense. Her outlook on life has dramatically changed and her focus has also undergone a major revamp. The future looks bright for Shayna, with a beautiful baby girl, hopes of returning to school and a strong support mechanism Shayna can achieve her goals.

I would like to thank you for taking the time to read this statement. If you wish to verify the contents of this recommendation, please call me at 646.641.2299

Sincerely,

Sonia T. Carlan

Elizabeth Smith
104 West Englewood Ave
Teaneck, NJ 07666

February 2, 2015

The Honourable George B. Daniels,

I have known Shayna Roser for the past ten years. We met in our high school gym class and have remained friends ever since.

Since the time of Shayna's original arrest, I have seen much growth and maturity develop in her. She has proven herself to be a devoted and loving mother; living only to provide for her daughter, Lianni. Her selfless endeavors for Lianni are only to be admired.

Following Shayna's arrest she has managed to graduate Bergen Community College with an associate's degree. She has since spoken to me of pursuing further education, in hopes of learning an employable trade and being able to support herself and Lianni. Having just graduated myself with a master's degree, I know firsthand how hard juggling school can be. Shayna's determination and resilience to further her education while being a dedicated mother inspires me.

I am proud to see the changes Shayna has made in herself to become a better and stronger person, and I am proud to call her my friend.

If you have any questions or concerns pertaining to this statement, please feel free to contact me at 201-615-4868.

Thank you for your time,
Elizabeth Smith

**CENTER FOR HOPE AND SAFETY**
Rebuilding Lives
Beyond Domestic Violence

Board of Trustees

Officers
President
Susan M. O'Dwyer

Vice President
Gail P. Steinel, CPA

Secretary
Nancy R. Corcoran-Davidoff

Treasurer
Paula M. Star

Trustees
Miriam Baddin, MBA
James P. Dronzek, Esq.
Jeff Potter
Hon. Rose M. Hock
Shelby Klein, LSW
William F. McInerney, Esq.
Cynthia A. Myer
Flora W. Perikle, MPA
Denise Spell
Paul K. Yoon, Esq.

Staff
Executive Director
Elaine K. Meyerson,
LSW, ACSW

Associate
Executive Director
Lillian E. Corcoran,
MA, LPC, CSW, DVS

Director of Development
Jean Kirch

June 29, 2015

The Hon. George B. Daniels
U.S. District Court,
N.Y. Southern District

Re: Ms. Shayna Roser,
252 Edgemont Terrace, Teaneck,
N.J.

Dear Judge Daniels,

Center For Hope and Safety's Project CHILD is a creative arts therapy program for children ages 4 through 12 and their parents who are victims of domestic violence. The program offers individual and group creative arts therapy for children and counseling and case management services to the child's non-abusive parent.

This letter is to confirm that Shayna Roser voluntarily enrolled her child Lianni Bautista who is currently attending the Project CHILD program. Lianni has been attending weekly individual therapy since March 3, 2015, and has attended sessions consistently thus far.

Ms. Roser requested her own Family Therapy with me for the purposes of parenting skills and support along with psycho-education for the effects of domestic violence on children and their non-abusive parent. Ms. Roser participated in a total of 11 sessions consistently, followed through on treatment plan interventions and met her goals ahead of our anticipated schedule. Ms. Roser is currently participating in monthly case management meetings on Lianni's behalf.

If you have any questions or concerns, please feel free to contact me at the Project CHILD office at (201) 300-6666, ext. 403.

Sincerely,

Catherine Tanis, L.C.S.W.

Catherine Tanis, Licensed Clinical Social Worker
Project CHILD Family Therapist

administrative office 12 Overlook Ave., Suite A, Rochelle Park, NJ 07662 ■ Office 201-498-9247 ■ Fax 201-498-9256
project CHILD office 12 Overlook Ave., Suite C, Rochelle Park, NJ 07662 ■ Office 201-300-6666 ■ Fax 201-300-6667
outreach & community services 12 Overlook Ave., Suite D, Rochelle Park, NJ 07662 ■ Office 201-527-6222 ■ Fax 201-527-6262
sos shelter program office PO Box 217, Hackensack, NJ 07602 ■ Office 201-836-1075 ■ Fax 201-836-7029
hotline 201-944-9600 ■ e-mail info@hopeandsafetynj.org ■ www.hopeandsafetynj.org

January 29, 2015

Dear Honorable George B. Daniels,

    Hi, let me introduce myself. My name is Cindy and I attend the womens group meetings at human growth in Clifton. This is where I met Shayna Roser. I am writing to you because my life changed the moment I was introduced to Shayna. She was so respectful and considerate that I was able to embrace her as my daughter. I attend with my son Ronnie and she helped him tremendously with his feelings and anxiety. As a mother myself I admire Shayna for her strength and agility while going through such a difficult situation. Her daughter Lianne is so well behaved and so smart and spunky. I believe there is a destiny for Shayna and that would be a role model for a single young woman who happens to make a mistake. She can encourage them to move on with their lives and feel that everyone has a purpose in life. If you would like to contact me my number is 973-980-4347 or email shaverc56@yahoo.com.

                                                             Sincerely yours,

                                                             Cindy Shaver



# Bergen
COMMUNITY COLLEGE

## Shayna Roser

HAVING ACHIEVED SUPERIOR ACADEMIC STANDING
IS AWARDED THIS CERTIFICATE FOR ATTAINING THE

### HONOR'S LIST

FOR THE SEMESTER _____ Fall 2010

_____
President



_____
Academic Vice President



# BERGEN COMMUNITY COLLEGE
## DIVISION OF CONTINUING EDUCATION
## CORPORATE and PUBLIC SECTOR TRAINING
Paramus, NJ

### THIS CERTIFICATE IS AWARDED TO

# SHAYNA M. ROSER

FOR THE SATISFACTORY COMPLETION OF

## MEDICAL TERMINOLOGY FOR HEALTH PROFESSIONS

48 Hours

February 12, 2012
Date

Nancy Owen, MSN, RN, CNE
Director, Health Professions
School of Continuing Education